UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JEROME MARTIN

Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ APR 10 2006 ★

BROOKLYN OFFICE

ORDER

03 CR 795 (DGT)

## ORDER APPOINTING INVESTIGATOR PURSUANT TO CRIMINAL JUSTICE ACT

In the above captioned indictment, assigned counsel for the defendant, Jerome Martin, Donald D. duBoulay, Esq., having moved ex parte before this court on March 31, 2006, for an Order appointing an investigator to assist him in preparing a defense in this matter and this court having reviewed that application,

NOW, on motion of the Defendant, by his counsel, Donald duBoulay, Esq., it is

ORDERED that Leroy Swinney, Universal Investigations, Inc., 350 Broadway, New York, New York 10013 is hereby appointed, pursuant to the Criminal Justice Act, to assist defense counsel in investigating for the trial defense of the Defendant and that Mr. Swinney is authorized to the extent that services rendered shall not exceed $ 5,000.00 without further Order of this Court.

Dated: Brooklyn, New York
4/4, 2006

s/David G. Trager
Hon. David G. Trager
U.S.D.J.